# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

September 26, 2012

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

The Honorable Edward F. Shea
Senior U.S. District Judge
Eastern District of Washington
825 Jadwin Ave, Suite 190
Richland, WA 99352-0446

**RE: Aguilar, Albert Ruben**
**Docket No: 2:03CR00183-001**

**REQUEST FOR OUT OF**
**COUNTRY TRAVEL**

Your Honor:

The purpose of this letter is to advise the Court that Albert Ruben Aguilar has requested permission to travel outside the United States.

On September 8, 2004, Mr. Aguilar was sentenced to 97 months of incarceration, with 36 months of supervised release to follow. The defendant pled guilty to Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846. He was released from custody on August 27, 2010, and since that time, Mr. Aguilar has remained gainfully employed, substance free, and compliant with all the other aspects of supervision.

Mr. Aguilar has expressed an interest in accompanying his girlfriend to          . They would be staying at the                                                    .. He would like to travel during the following dates: leaving on November 26, 2012, and returning to the United States on December 3, 2012.

Aguilar, Albert Ruben
September 26, 2012
Page 2

This officer recommends Mr. Aguilar's request to travel to                    , be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By:   S/Stephen Krous              09/26/2012
      Stephen Krous                Date
      U.S. Probation Officer

APPROVED BY:

s/Rebecca M. Nichols      09/26/2012
Rebecca M. Nichols        Date
Supervising U.S. Probation Officer

SK/lh

---

**ORDER OF THE COURT:**

Approved __X__                     Disapproved _____

_10/16/12_                         _[signature]_
Date                               The Honorable Edward F. Shea
                                   Senior U.S. District Judge